IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:98CR00104 |
| | ) | JUDGE CAMPBELL |
| BARBARA BACHMAN | ) | |

## ORDER SUBSTITUTING RESTITUTION RECIPIENT

Judgment was entered as to defendant Barbara Bachman on September 8, 1999 (Docket Entry No. 61), wherein restitution in the amount of $11,300.00 was ordered to be paid to Phillip Krebs and Elizabeth Krebs.

Based upon information provided to the Clerk's Office, Elizabeth Krebs is deceased, and her husband, Phillip Krebs, has provided the Clerk's Office with her death certificate and will. Elizabeth's share of the restitution is to be divided equally among her five surviving children.

Accordingly, the aforementioned Judgment in this case is hereby amended to reflect that the names of the restitution recipients are Philip D. Krebs, receiving his own ½ portion, and Elizabeth D. Krebs, Mary L. Krebs, Jonathan R. Krebs, Philip N. Krebs and Sarah W. Krebs receiving 1/5 each of their mother's ½ portion. The restitution balance of $11,300.00 shall be paid to Philip D. Krebs, Elizabeth D. Krebs, Mary L. Krebs, Jonathan R. Krebs, Philip N. Krebs, and Sara W. Krebs provided herein when the funds become available.

The Court's authority to substitute the victim's name in the judgment is drawn from the All Writs Act (28 U.S.C. §1651 (a)), which expressly authorizes a federal court to issue such orders "as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained."

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

ORDER OF SUBSTITUTION IN 3:98CR00104:
Elizabeth D. Krebs, Mary L. Krebs, Jonathan R. Krebs, Philip N. Krebs, and Sara W. Krebs are substituted in place of Elizabeth Krebs.

X Approved

___ Reviewed (make noted changes)

_____
KEITH THROCKMORTON, CLERK

9/16/2016
DATE